IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN AARON BINDLEY,

    Petitioner,

v.

SUPERINTENDENT, Oregon State Correctional Institution,

    Respondent.

Case No. 6:20-cv-01260-JR

ORDER TO DISMISS

RUSSO, Magistrate Judge

    IT IS ORDERED that petitioner's Motion to Dismiss [52] this action voluntarily is GRANTED.

    DATED this  27  day of February, 2023.

                                                    _/s/ Jolie A. Russo_
                                                  Jolie A. Russo
                                                  United States Magistrate Judge

1 – ORDER TO DISMISS